IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff,<br>　v.<br><br>0.17 ACRES OF LAND, MORE OR LESS, SITUATED IN HIDALGO COUNTY, TEXAS AND VELMA E. FLORES, ET AL.<br>　　　　　　Defendants. | §<br><br>§<br><br>§<br><br>§ | CIVIL ACTION NO.: 08-CV-00192<br><br>DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE AN ANSWER<br><br>JUDGE:  HON. ANDREW HANEN |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE AN ANSWER**

Defendants hereby move to extend the time to file an Answer in the above-entitled action.  Defendants have notified Plaintiff that they will waive service of process.  Defendants' Answer is presently due on August 26, 2008.  Defendants hereby request a one-week extension to file an Answer pursuant to Federal Rule of Civil Procedure 71A(e) on or before September 2, 2008.  On August 25, 2008, counsel for Defendants requested said extension with Assistant United States Attorney Kevin C. Aiman.  On August 26, 2008, Ernest A. Buford of the U.S. Attorney's Office informed Plaintiff's counsel that he did not oppose the request

for an extension.  *See* Declaration of Christopher Scherer.  This extension is needed to better evaluate whether Defendants would be better served by local counsel.  This motion is accompanied by a proposed Order.

Dated:  August 26, 2008		Respectfully submitted,

>Peter A. Schey (Cal Bar #58232)
>Center for Human Rights and Constitutional Law
>256 S. Occidental Blvd.
>Los Angeles, CA 90057
>Telephone:  (213) 388-8693, ext. 304
>Facsimile:  (213) 386-9484
>
>James Harrington (Tex. Bar #09048500)
>Corinna Spencer-Scheurich (Tex. Bar. # 24048814, Fed. No. 619913)
>South Texas Civil Rights Project
>P.O. Box 188
>San Juan, Texas 78589
>Telephone:  (956) 787-8171
>Fax:  (956) 787-6348
>
>By /s/ Peter Schey
>　　Peter Schey
>
>By _____-s-_____
>　　Corrina Spencer-Scheurich
>　　*Attorneys for Defendants*

## Declaration of Christopher Scherer

1. I am a staff attorney with the Center for Human Rights and Constitutional Law, counsel for Defendants in the above-entitled action.

2. On August 26, 2008, I contacted Assistant United States Attorney Kevin C. Aiman to request an extension of time to file an Answer to Plaintiff's Complaint in Condemnation in the above-entitled action until September 2, 2008.

3. The next day, Ernest A. Buford of the U.S. Attorney's Office informed me that he had no objection to this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of August, 2008, at Los Angeles, California.

_____/s/_____
Christopher Scherer

## PROOF OF SERVICE

I, Logan Clark, declare and say as follows:

1. I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057, in said county and state.

2. I hereby certify that a true and correct copy of the foregoing DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE AN ANSWER was served via the District Court's electronic filing system on this 26th day of August, 2008 to the following counsel:

Ernest A. Buford
U.S. Attorney's Office
919 Milam St.
Houston, Texas 77002
ernest.buford@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of August, 2008, at Los Angeles, California.

_____
Logan Clark