UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. M-08-192 |
| | § | |
| 0.17 OF ACRES OF LAND, MORE OR LESS, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has noted little or no activity in the above-styled and numbered case. The Court is concerned, on the one hand, that this dormancy may not be in the best interest of the orderly administration of justice; while, on the other hand, it sees no reason to make parties needlessly expend legal fees. Accordingly, the parties in this case are ORDERED to file with the Court by July 23, 2010 a status report which specifically addresses all matters, if any, pending or otherwise, that require the court's attention. The court will accept a joint letter from the parties in lieu of a formal pleading. If in this case there are no matters that require the court's attention, the parties are excused from complying with this order and need not make any filing.

Signed this 18th day of June, 2010.

_____
Andrew S. Hanen
United States District Judge